IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYPRESS LAKE SOFTWARE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-1133-MN |
| ) | |
| LG ELECTRONICS U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Cypress Lake Software, Inc., and defendant LG Electronics U.S.A., Inc. pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff against defendant be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by defendant against plaintiff be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

SO ORDERED, this 25th day of September, 2018.

_____
Honorable Maryellen Noreika
United States District Judge